JOHN PETERS et al., Respondents, v NEWARK SCHOOL DISTRICT, Appellant. (Appeal No. 1.) [769 NYS2d 437]—Appeal from an order of Supreme Court, Wayne County (Sirkin, J.), entered December 16, 2002, which granted claimants' application to serve a late notice of claim.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Matter of Eric D.* [appeal No. 1], 162 AD2d 1051 [1990]). Present—Pigott, Jr., P.J., Wisner, Kehoe, Lawton and Hayes, JJ.